UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 21CR00989-AGS |
|---|---|
| Plaintiff, | **JUDGMENT OF DISMISSAL** |
| v. | |
| Chris James SHAW, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, the Information in the above-entitled case is dismissed with prejudice, the bond is exonerated and, if held by U.S. Pretrial Services, Defendant's passport is to be released to Defendant.

Dated: December 28, 2022

Hon. Andrew G. Schopler
United States Magistrate Judge